# ORIGINAL

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Robert H. Marcereau (SBN 211534)<br>MARCEREAU & NAZIF<br>26000 Towne Centre Drive, Suite 230<br>Foothill Ranch, California 92610<br>Tel: (949) 531-6500<br>Fax: (949) 531-6501<br>E-mail: rmarcereau@mncalaw.com | FOR COURT USE ONLY<br><br>**FILED**<br>JAN 2 2 2016<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Movant, Kelli Peters | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Kent Wycliffe Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter<br><br><br><br><br>Debtor(s). | CASE NO.: 8:16-bk-10223-ES<br>CHAPTER: 7<br><br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** |
|---|---|



1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a. Title of motion: <u>MOTION FOR RELIEF FROM AUTOMATIC STAY</u>

   b. Date of filing of motion: <u>January 22, 2016</u>

2. Compliance with LBR 9075-1(b)(2)(A): (*The following three sections must be completed*):

   a. Briefly specify the relief requested in the motion:

   Movant requests relief from automatic stay so that her jury trial set for February 1, 2016 in Orange County Sup. Ct. (Case No. 30-2012-00588580) can proceed.

   The BK petition was filed 10 days before trial in an effort to prevent it from going forward. This case is not a debt collection: the claims are for false imprisonment and emotional distress. Kent Easter was already criminally convicted for felony false imprisonment of Movant on 9/10/14 in Orange Couty Sup. Ct., Case No. 12ZF0153.    ⊞

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

b. Identify the parties affected by the relief requested in the motion:

Plaintiffs in the civil trial set for Feb 1 (Kelli Peters, her husband Bill Peters, and their daughter); third-party witnesses who are scheduled ot testify at trial, including Irvine Police officers Charles Shaver and Mark Andreozzi, OC District Attorney Christopher Duff, Irvine Public School principal Heather Phillips, Psychologist Nina T. Rodd); Defendants Kent Easter and Jill Easter.

c. State the reasons necessitating a hearing on shortened time:

The OC Sup. Ct. trial is set to begin on February 1, 2016, i.e., 10 days from now. Plaintiffs, their counsel and over half a dozen percipient and expert witnesses have arranged their work/family schedules for this trial date which has finally arrived (four years after the lawsuit was filed). Plaintiffs have spent an enormous amount of time and money getting ready for the February 1 trial date. If relief is not granted immediately, Plaintiffs will lose their trial date and will be forced to incur a great deal of extra costs. Witnesses have already made work and family arrangements, and may not be available for a later trial date.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER .SHORT.NOTICE

Date: 1/22/16

MARCEREAU & NAZIF
Printed name of law firm


Signature of individual Movant or attorney for Movant

Robert H. Marcereau
Printed name of individual Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## DECLARATION OF ROBERT H. MARCEREAU

I, Robert H. Marcereau, declare on the basis of personal knowledge as follows:

1.      I am an attorney licensed to practice law before all courts of the State of California, and am counsel for Movant Kelli Peters. I make this Declaration in support of Movant's Application For Order Setting Hearing On Shortened Notice, Case No. 8:16-bk-10223-ES. If called as a witness, I could and would testify competently to these facts under oath.

2.      **The Bankruptcy Petition Was Filed on the Eve of a Jury Trial**. I represent Kelli Peters and her family in a civil lawsuit pending against Kent Easter in Orange County Superior Court. (Case No. 30-2012-00588580-CU-PO-CJC, Judge Glass, Dept. 32). The jury trial in this case is set to commence on February 1, 2016 – *i.e., 10 days from now*.

3.      **Plaintiff's Lawsuit is Based on the Criminal Conviction of Kent Easter**. Kent Easter was convicted of felony false imprisonment of Kelli Peters on 9/10/14 in Orange County Sup. Ct., Case No. 12ZF0153, for planting illegal drugs in Kelli Peters' car and making a false report to the Irvine Police about it. Kent Easter was criminally convicted under Penal Code 236 and 237(a). A true and correct copy of the Criminal Case Summary from the OC Superior Court website is attached hereto as Exhibit A. Plaintiff's claims in the civil suit are for false imprisonment and infliction of emotional distress. The lawsuit is not a debt collection.

4.      **Unless Relief From Stay is Heard on Shortened Notice, the February 1 Trial Date Will Be Lost**. The civil lawsuit was filed back in August, 2012, but was stayed until the criminal trial was concluded in September, 2014. Plaintiffs have been waiting almost four years for their day in court. Without any notice whatsoever, Kent Easter filed his Bankruptcy Petition *ten days prior to the February 1, 2016 trial date,* leaving no time to hear a motion for relief from stay on regular notice. Kent Easter purposely filed his Bankruptcy Petition shortly before trial in an effort to prevent Plaintiff's from getting relief from the

1

1   automatic stay.

2       5.    **Plaintiffs and Over Half a Dozen Percipient Witnesses Have Already**

3 **Made Work and Family Arrangements to Appear For the February 1, 2016 Trial**.

4 Plaintiffs Kelli Peters, husband Bill Peters, and their daughter have all arranged their work

5 and family schedules to appear at trial on February 1. Over half a dozen third-party

6 witnesses have also made work/family arrangements to appear at trial, including Irvine

7 Police officers Charles Shaver and Mark Andreozzi, OC District Attorney Christopher Duff,

8 Irvine Public School principal Heather Phillips, and Psychologist Nina T. Rodd. If the trial

9 date is lost, these witnesses will be prejudiced, and may not be available for a later trial date.

10       6.    **Plaintiffs Will Be Severely Prejudiced If Their Trial Date Is Lost**. Plaintiff

11 Kelli Peters and her family *have been waiting over four years for their day in court*. In light

12 of the Court's busy calendar, if this trial date is lost, there is no telling when the trial will be

13 re-scheduled, and no telling whether the percipient witnesses currently committed to appear

14 at trial will be available. My clients and I have spent an enormous amount of time getting

15 ready for the February 1 trial date (including witness and argument preparation), and much

16 of this work will have to be re-done if the trial does not go forward as scheduled. Plaintiffs

17 have also incurred significant costs (including process server fees and time taken off work)

18 which will be forfeited if the trial date is lost.

19

20      I declare under penalty of perjury under the laws of the State of California that the

21 foregoing is true and correct.

22      Executed on January 21, 2016, at Foothill Ranch, California.

23

24                                _____

25                                  Robert H. Marcereau

26

27

28

# EXHIBIT  A

10/18/2015

# Case Summary

**Case Number:**       12ZF0153
**OC Pay Number:**   7403753
**Originating Court:** Central
**Defendant:**          Easter, Kent Wycliff

**Case Status:**

| | |
|---|---|
| Status: | Appeal |
| Case Stage: | |
| Release Status: | Remanded |
| Warrant: | N |
| DMV Hold : | N |
| Charging Document: | Indictment |
| Mandatory Appearance: | Y |
| Owner's Resp: | N |
| Amendment #: | 0 |

**Counts:**

| Seq | S/A | Violation Date | Section Statute | OL | Violation | Plea | Plea Date | Disposition | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 02/16/2011 | 236/237(a) PC | | False imprisonment effected by violence, menace, fraud, or deceit | NOT GUILTY | 11/30/2012 | Found Guilty by Jury | 09/10/2014 |
| 2 | 0 | 02/16/2011 | 182(a)(2) PC | F | Conspiracy to falsely charge or indict another of a crime | NOT GUILTY | 11/30/2012 | Dismissed | 11/04/2013 |
| 3 | 0 | 02/16/2011 | 182(a)(1) PC | F | Conspire to commit a crime | NOT GUILTY | 11/30/2012 | Dismissed | 11/04/2013 |

**Sentences:**

| Seq # | Sentence Date | Sentence |
|---|---|---|
| 1 | 10/17/2014 | 3 years Probation |
| 2 | 10/17/2014 | 180 days Jail |
| 3 | 10/17/2014 | Restitution |
| 4 | 10/17/2014 | 100 hours Community Service |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

26000 Towne Centre Drive, Suite 230, Foothill Ranch, California 92610

A true and correct copy of the foregoing document entitled (*specify*): **Application for Order Setting Hearing on Shortened Notice [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **01/22/2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor:<br>Kent W. Easter<br>153 Baywood Drive<br>Newport Beach, CA 92660 | Trustee:<br>Weneta M.A. Kosmala<br>P.O. Box 16279<br>Irvine, CA 92623 | Defendant in Non-<br>Bankruptcy Case:<br>Jill B. Easter<br>P.O. Box 12402<br>Costa Mesa, CA 92627 |
|---|---|---|

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **01/22/2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA PERSONAL SERVICE:

Honorable Erithe A. Smith
U.S. Bankruptcy Court Central District of California
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

VIA E-MAIL:

Trustee, Weneta M.A. Kosmala: wkosmala@kosmalalaw.com
Debtor, Kent W. Easter: kenteaster@gmail.com
Defendant in Non-Bankruptcy Case, Jill B. Easter:
easterjb@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/22/2016 | Nicole Lipowski | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.