```
                        United States Bankruptcy Court
                        Central District of California
```

In re:                                                              Case No. 16-10223-ES
Kent Wycliffe Easter                                                Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-8          User: tduarteC              Page 1 of 1              Date Rcvd: Jan 22, 2016
                              Form ID: pdf042             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2016.
db              +Kent Wycliffe Easter,    153 Baywood Dr,    Newport Beach, CA 92660-7130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2016 at the address(es) listed below:
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
              Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,
               wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
                                                                                             TOTAL: 2

ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Robert H. Marcereau (SBN 211534)<br>MARCEREAU & NAZIF<br>26000 Towne Centre Drive, Suite 230<br>Foothill Ranch, California 92610<br>Tel: (949) 531-6500<br>Fax: (949) 531-6501<br>E-mail: rmarcereau@mncalaw.com | FOR COURT USE ONLY<br><br>FILED<br>JAN 2 2 2016<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:            Deputy Clerk<br><br>ENTERED<br>JAN 22 2016<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:            Deputy Clerk |
|---|---|
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Creditor, Kelli | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Kent Wycliffe Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter<br><br><br><br><br>Debtor(s). | CASE NO.: 8:16-bk-10223-ES<br>CHAPTER: 7<br><br>**ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

LODGED JAN 22 2016

**Movant** (*name*): Robert H. Marcereau, Attorney for Creditor Kelli Peters

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion:* MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY

    b. *Date of filing of motion:* 1/22/16

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application:* 1/22/16

3. Based upon the court's review of the Application, it is ordered that:

    a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered:

*Handwritten margin notes:* 1/22/16 @ 1:10 pm - notified Robert Marcereau information on est. tt; information on est.

---
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                    Page 1                              F 9075-1.1.ORDER.SHORT.NOTICE

(1) ☒ A hearing on the motion will take place as follows:

| Hearing date: Jan. 26, 2016 | Place: |
|---|---|
| Time: 11:30 a.m. | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
| Courtroom: 5A | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☒ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
|---|---|
| Date: Jan. 22, 2016 | Debtor, Kent Wycliffe Easter |
| Time: 5:00 p.m. | Ch. 7 trustee |
| | ☐ See attached page |
| | (C) *Telephonic notice is also required upon* the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A) ☒ Personal Delivery   ☐ Overnight Mail   ☒ First class mail   ☐ Facsimile*   ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
|---|---|
| Date: Jan. 22, 2016 | Debtor, Kent Wycliffe Easter |
| Time: | Ch. 7 trustee |
| | ☐ See attached page |
| | (D) *Service is also required upon:* |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's copy personally delivered to chambers *(see Court Manual for address)* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                    Page 2                           F 9075-1.1.ORDER.SHORT.NOTICE

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

   (A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

| (B) <u>Deadlines:</u><br>Date:<br>Time: | (C) <u>Persons/entities to be served with motion, declarations, supporting documents:</u><br><br><br>☐ See attached page<br>(D) <u>Service is also required upon</u>:<br>-- United States trustee *(no electronic service permitted)*<br>-- Judge's copy personally delivered to chambers<br>  *(see Court Manual for address)* |
|---|---|

(5) ☒ Regarding **opposition to the motion**

   ☒ opposition to the motion may be made **orally** at the hearing

   ☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

   (A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

| (B) <u>Deadlines:</u><br>Date:<br>Time: | (C) <u>Persons/entities to be served with written opposition to the motion:</u><br>-- movant's attorney (or movant, if movant is not represented by an attorney)<br><br><br>(D) <u>Service is also required upon</u>:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>  *(see Court Manual for address)* |
|---|---|

(6) ☒ Regarding a **reply to an opposition:**

   ☒ a reply to opposition may be made **orally** at the hearing.

   ☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

   (A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| (B) <u>*Deadlines:*</u><br>Date:<br><br>Time: | (C) <u>*Persons/entities to be served with written reply to opposition:*</u><br>— All persons/entities who filed a written opposition<br><br>(D) <u>*Service is also required upon*</u>:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>  (*see Court Manual for address*) |
|---|---|

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

☐ at least 2 days before the hearing.
☒ no later than:    Date: Jan. 25, 2016   Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

Date: 1/22/16

_____
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                 Page 4                              F 9075-1.1.ORDER.SHORT.NOTICE