Robert H. Marcereau (SBN 211534)
MARCEREAU & NAZIF
26000 Towne Centre Drive, Suite 230
Foothill Ranch, California 92610
Tel: (949) 531-6500
Fax: (949) 531-6501
E-mail: rmarcereau@mncalaw.com

ATTORNEYS FOR CREDITOR
Kelli Peters

UNITED STATED BANKRUPTCY COURT

CANTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter | Case No. 8:16-bk-10223-ES<br><br>**DECLARATION OF SERVICE OF ENTERED ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE** |

I, Robert H. Marcereau, declare on the basis of personal knowledge as follows:

1.  I am an attorney licensed to practice law before all courts of the State of California, and am counsel of record for Creditor Kelli Peters in this action. I make this Declaration of Service of Entered Order in regards to hearing on Motion for Relief from Automatic Stay. If called as a witness, I could and would testify competently to these facts under oath.

2.  On January 22, 2016 Court entered Order Granting Application and Setting Hearing on Application and Setting Hearing on Shortened Notice, a copy of which is attached as Exhibit "A".

3.  On January 22, 2016 my office served a copy of the entered order via email on

1

DECLARATION OF SERVICE

1 | Debtor, Kent W. Easter at kenteaster@gmail.com/ and trustee Waneta Kosmala at

2 | wkosmala@kosmalalaw.com. I left a voicemail for Mr. Easter at 949-981-9117 and my legal

3 | assistant left voicemail for the trustee at 714-708-8190 providing notice of the court's order.

4 |     4.    On January 22, 2016 my office served a copy of the entered order via first class mail

5 | on United States trustee, Frank Cadigan at 411 West Fourth Street, Suite 9041, Santa Ana,

6 | California, 92701 and left a voicemail at (714) 338-3400 providing notice of the court's order.

8 | Dated: January 22, 2016                        **MARCEREAU & NAZIF**

                                                            Robert H. Marcereau
                                                            Attorney for Creditor
                                                            Kelli Peters

DECLARATION OF SERVICE

# EXHIBIT A

**ORIGINAL**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert H. Marcereau (SBN 211534)<br>MARCEREAU & NAZIF<br>26000 Towne Centre Drive, Suite 230<br>Foothill Ranch, California 92610<br>Tel: (949) 531-6500<br>Fax: (949) 531-6501<br>E-mail: rmarcereau@mncalaw.com | FILED JAN 22 2016 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk<br><br>ENTERED JAN 22 2016 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk |
| ☐ Individual appearing without attorney<br>☒ Attorney for: Creditor, Kelli | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Kent Wycliffe Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter<br><br>Debtor(s). | CASE NO.: 8:16-bk-10223-ES<br>CHAPTER: 7<br><br>**ORDER:**<br>☒ GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE<br>☐ DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE<br>**[LBR 9075-1(b)]** |

LODGED JAN 22 2016 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

**Movant** (name): Robert H. Marcereau, Attorney for Creditor Kelli Peters

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY

    b. *Date of filing of motion*: 1/22/16

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: 1/22/16

3. Based upon the court's review of the Application, it is ordered that:

    a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered:

handwritten: 1/22/16 @ 1:10 pm - notified Robert Marcereau of hearing on 1st information

(1) ☒ A hearing on the motion will take place as follows:

| Hearing date: Jan. 26, 2016 | Place: |
|---|---|
| Time: 11:30 a.m. | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
| Courtroom: 5A | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☒ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
|---|---|
| Date: Jan. 22, 2016 | Debtor, Kent Wycliffe Easter |
| Time: 5:00 p.m. | Ch. 7 trustee |
| | ☐ See attached page |
| | (C) *Telephonic notice is also required upon* the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a copy of this order must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A) ☒ Personal Delivery   ☐ Overnight Mail   ☒ First class mail   ☐ Facsimile*   ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
|---|---|
| Date: Jan. 22, 2016 | Debtor, Kent Wycliffe Easter |
| Time: | Ch. 7 trustee |
| | ☐ See attached page |
| | (D) *Service is also required upon:* |
| | — United States trustee *(electronic service is not permitted)* |
| | — Judge's copy personally delivered to chambers *(see Court Manual for address)* |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                               Page 2                          F 9075-1.1.ORDER.SHORT.NOTICE

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked
   (A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

| (B) *Deadlines:*<br>Date:<br>Time: | (C) *Persons/entities to be served with motion, declarations, supporting documents:*<br><br>☐ See attached page<br>(D) *Service is also required upon:*<br>-- United States trustee *(no electronic service permitted)*<br>-- Judge's copy personally delivered to chambers<br>*(see Court Manual for address)* |
|---|---|

(5) ☒ Regarding **opposition to the motion**

   ☒ opposition to the motion may be made **orally** at the hearing

   ☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked
   (A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

| (B) *Deadlines:*<br>Date:<br>Time: | (C) *Persons/entities to be served with written opposition to the motion:*<br>-- movant's attorney (or movant, if movant is not represented by an attorney)<br><br>(D) *Service is also required upon:*<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>*(see Court Manual for address)* |
|---|---|

(6) ☒ Regarding **a reply to an opposition:**

   ☒ a reply to opposition may be made **orally** at the hearing.

   ☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked
   (A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    F 9075-1.1.ORDER.SHORT.NOTICE

| (B) <u>Deadlines:</u> | (C) <u>Persons/entities to be served with written reply to opposition:</u> |
|---|---|
| Date: | – All persons/entities who filed a written opposition |
| Time: | |
| | (D) <u>Service is also required upon:</u><br>– United States trustee *(electronic service is not permitted)*<br>– Judge's Copy personally delivered to chambers<br>*(see Court Manual for address)* |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

☐ at least 2 days before the hearing.
☒ no later than:    Date: Jan. 25, 2016    Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

Date: 1/22/16

_____
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013    Page 4    F 9075-1.1.ORDER.SHORT.NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

26000 Towne Centre Drive, Suite 230, Foothill Ranch, California 92610

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF SERVICE OF ENTERED ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **1/25/16**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| Debtor: | Trustee: | Defendant in Non-Bankruptcy Case: | Office of The United States Trustee |
|---|---|---|---|
| Kent W. Easter | Weneta M.A. Kosmala | Jill B. Easter | 411 West Fourth Street |
| 153 Baywood Drive | P.O. Box 16279 | P.O. Box 12402 | Suite 9041 |
| Newport Beach, CA 92660 | Irvine, CA 92623 | Costa Mesa, CA 92627 | Santa Ana, CA 92701 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **1/25/16**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

VIA PERSONAL SERVICE:

Honorable Erithe A. Smith
U.S. Bankruptcy Court Central District of California
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

VIA E-MAIL:

Trustee, Weneta M.A. Kosmala: wkosmala@kosmalalaw.com
Debtor, Kent W. Easter: kenteaster@gmail.com
Defendant in Non-Bankruptcy Case, Jill B. Easter: easterjb@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/25/2016 | Nicole Lipowski | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE