


MARCEREAU & NAZIF
Robert H. Marcereau (SBN 211534)
Sy Nazif (SBN 228949)
26000 Towne Centre Drive, Suite 230
Foothill Ranch, CA 92610
Tel: (949) 531-6500
Fax: (949) 531-6501

Attorneys for Movants Kelli Peters, et. al.

UNITED STATED BANKRUPTCY COURT

CANTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re:<br><br>Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter | Case No. 8:16-bk-10223-ES<br><br>**STIPULATION PURSUANT TO 11 U.S.C. § 362 RE: MOTION FOR RELIEF FROM THE AUTOMATIC STAY IN A NON-BANKRUPTCY ACTION**<br><br>Date: January 26, 2016<br>Time: 11:30 a.m.<br>Dept.: 5A |
|---|---|

TO THE HONORABLE ERITHE A. SMITH AND ALL INTERESTED PARTIES:

Kelli Peters, Bill Peters and Jane Doe (collectively, "Peters") and Debtor Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter ("Easter"), hereby submit this stipulation (the "Stipulation"), pursuant to Bankruptcy Code section 362, for an order approving their agreement to vacate the automatic stay with respect to the civil action currently pending in Orange County Superior Court, Case No. 30-2012-00588580-CU-PO-CJC, with trial date of February 1, 2016, ("Peters. v. Easter")

///

**RECITALS**

A. On January 20, 2016, Easter commencer his Chapter 7 case ("Chapter 7 Case").

B. On January 22, 2016, Peters, by their counsel, filed a motion for relief from the automatic stay to allow the Peters v. Easter case to proceed.

C. The Parties hereto agree that the automatic stay with respect to Peters v. Easter is lifted and the 14-day rule is waived so that the February 1, 2016 trial may proceed as scheduled.

**STIPULATION**

WHEREFORE, Peters and Easter hereby stipulate and request that the Court enter an order granting motion for relief from the automatic stay under 11. U.S.C. § 362, previously lodged with the Court on January 25, 2016, a copy of which is attached hereto as Exhibit "A".

It is So Stipulated.

Dated: January 25, 2016

**MARCEREAU & NAZIF**

Robert H. Marcereau
Attorneys for Movants Kelli Peters, et. al.

Dated: January 25, 2016

**Kent W. Easter**

Kent W. Easter, Debtor

# Exhibit A

# Exhibit A

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert H. Marcereau (SBN 211534)<br>MARCEREAU & NAZIF<br>26000 Towne Centre Drive, Suite 230<br>Foothill Ranch, California 92610<br>Tel: (949) 531-6500<br>Fax: (949) 531-6501<br>E-mail: rmarcereau@mncalaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Creditor, Kelli Peters | FILED<br>JAN 25 2016<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re: | |
|---|---|
| Kent Wycliffe Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter<br><br>Debtor(s) | CASE NO.: 8:16-bk-10223-ES<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Action in Nonbankruptcy Forum) |

PLEASE TAKE NOTE that the order titled ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Action in Nonbankruptcy Forum) was lodged on (*date*) 01/25/2016 and is attached. This order relates to the motion which is docket number ____.

[1] Please abbreviate if title cannot fit into text field.

# Exhibit A

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Robert H. Marcereau (SBN 211534)
MARCEREAU & NAZIF
26000 Towne Centre Drive, Suite 230
Foothill Ranch, California 92610
Tel: (949) 531-6500
Fax: (949) 531-6501
E-mail: rmarcereau@mncalaw.com

FOR COURT USE ONLY

☐ *Movant appearing without an attorney*
☒ *Attorney for Movant*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

In re:
Kent Wycliffe Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter

Debtor(s).

CASE NO.: 8:16-bk-10223-ES

CHAPTER: 7

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**
**(Action in Nonbankruptcy Forum)**

DATE: January 26, 2016
TIME: 11:30
COURTROOM: 5A
PLACE: 411 West Fourth Street
Santa Ana, CA 92701

**MOVANT:** Robert H. Marcereau, Attorney for Kelli Peters, Bill Peters, Jane Doe

1. The Motion was: ☐ Opposed ☐ Unopposed ☒ Settled by stipulation

2. The Motion affects the following Nonbankruptcy Action:

   Name of Nonbankruptcy Action: Kelli Peters, et. al. v. Kent W. Easter, et al.

   Docket number: 30-2012-00588580-CU-PO-CJC

   Nonbankruptcy court or agency where the Nonbankruptcy Action is pending:

   Orange County Superior Court, Central Justice Center , Dept. C-32, Judge Glass

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

3. The Motion is granted under 11 U.S.C. § 362(d)(1).

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:
   a. ● Terminated as to the Debtor and the Debtor's bankruptcy estate.
   b. ○ Modified or conditioned as set forth in Exhibit _____ to the Motion.
   c. ○ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:** Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law. Movant is permitted to enforce its final judgment only by *(specify all that apply)*:
   a. ☒ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.
   b. ☒ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☒ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☒ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☒ Other *(specify)*:

    This relief from stay applies to all Plaintiffs in the Nonbankruptcy action described above.

    This relief from stay is effective as to any future bankrputcy case filed by Jill Easter, aka Eva Everheart.

Date: ____________________

______________________________
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

26000 Towne Centre Drive, Suite 230, Foothill Ranch, California 92610

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Action in Nonbankruptcy Forum)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ______________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **1/25/16**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor:
Kent W. Easter
153 Baywood Drive
Newport Beach, CA 92660

Trustee:
Weneta M.A. Kosmala
P.O. Box 16279
Irvine, CA 92623

Defendant in Non-Bankruptcy Case:
Jill B. Easter
P.O. Box 12402
Costa Mesa, CA 92627

Office of The United States Trustee
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **1/25/16**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA PERSONAL SERVICE:

Honorable Erithe A. Smith
U.S. Bankruptcy Court Central District of California
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

VIA E-MAIL:

Trustee, Weneta M.A. Kosmala: wkosmala@kosmalalaw.com
Debtor, Kent W. Easter: kenteaster@gmail.com
Defendant in Non-Bankruptcy Case, Jill B. Easter: easterjb@gmail.com

☐ Service information continued on attached pagl

declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/25/2016 | Nicole Lipowski | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

26000 Towne Centre Drive, Suite 230, Foothill Ranch, California 92610

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION PURSUANT TO 11 U.S.C. § 362 RE: MOTION FOR RELIEF FROM THE AUTOMATIC STAY IN A NON-BANKRUPTCY ACTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ______________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **1/26/16**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor:
Kent W. Easter
153 Baywood Drive
Newport Beach, CA 92660

Trustee:
Weneta M.A. Kosmala
P.O. Box 16279
Irvine, CA 92623

Defendant in Non-Bankruptcy Case:
Jill B. Easter
P.O. Box 12402
Costa Mesa, CA 92627

Office of The United States Trustee
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **1/26/16**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA PERSONAL SERVICE:

Honorable Erithe A. Smith
U.S. Bankruptcy Court Central District of California
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

VIA E-MAIL:

Trustee, Weneta M.A. Kosmala: wkosmala@kosmalalaw.com
Debtor, Kent W. Easter: kenteaster@gmail.com
Defendant in Non-Bankruptcy Case, Jill B. Easter: easterjb@gmail.com

☐ Service information continued on attached pagl

declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/26/2016 | Nicole Lipowski | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |