| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Kent Easter<br>153 Baywood Dr<br>Newport Beach, CA 92660<br>(949) 981-9447<br>kentweaster@gmail.com<br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for Debtor* | **FILED**<br>FEB 01 2016<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:         Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| In re:<br><br>Kent Wycliffe Easter<br><br>Debtor(s) | CASE NO.: 8:16-bk-10223-ES<br>CHAPTER: **SELECT CASE #** 7<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G
☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☒ Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 2/1/2016

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                          Page 1                              F 1007-1.1.AMENDED.SUMMARY

AMENDED MAILING MATRIX

Bank of America
P.O. Box 982235
El Paso, TX 79998-2235

Discover
P.O. Box 3008
New Albany, OH 43054-3008

American Express
P.O. Box 981535
El Paso, TX 79998-1535

Carden Hall, Inc.
1541 Monrovia Blvd.
Newport Beach, CA 92663

Wells Fargo Card Services
P.O. Box 51193
Los Angeles, CA 90051-5493

CITI
P.O. Box 6004
Sioux Falls, SD 57117-6004

Toyota
P.O. Box 5236
Cold Stream, IL 60197-5236

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

Steven and Joanne Easter
153 Baywood Drive
Newport Beach, CA 92660

William and Kelli Peters
c/o Robert Marcereau
Marcereau & Nazif
26000 Town Center Drive, Suite 230
Foothill Ranch, CA 92610

US Legal Support
363 North Sam Houston Pkwy East
Houston, TX 77060