WENETA M.A. KOSMALA, TRUSTEE
3 MacArthur Place, Suite 760
Santa Ana, CA  92707
Telephone:  (714) 708-8190
Facsimile:   (714) 708-0666

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Easter, Kent Wycliffe<br><br><br><br>Debtor(s). | Case No. 8:16-BK-10223-ES<br><br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C. §341(a) |

COUNSEL:  (PRO SE) ZZ
TO THE ABOVE NAMED DEBTOR(S):

     You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **April 14, 2016** at **11:01 AM** in Room 3-110, United States Bankruptcy Court, 411 W. Fourth Street, Santa Ana, CA  92701 for the reason set forth below:

TURN OVER BANK STATEMENTS DEBTOR AND WIFE AND ALL BUSINESS 1/1/2012 - PRESENT
(ALL BANK ACCOUNTS, STOCK, RETIREMENT ETC.)
TURN OVER 2013/2012 TAX RETURNS
TURN OVER ALL DOCS RE A/R
TURN OVER ALL DOCS RE ANNUITY
PLACE VALUE ON EXEMPTIONS CLAIMED
TURN OVER COPY OF DIVORCE DECREE
BLACKSTONE COMMISSION SHEETS DEC 2014 - PRESENT
ALL INVOICES TO CLIENTS DEC 2014 - PRESENT
COPY OF SEPARATE PROPERTY AGREEMENT (10/20/2012 POST MARITAL)
COPY OF TRUST
STIPULATED COURT ORDER RE SUPPORT PAID TO EX WIFE
COPY OF GIFT TAX RETURNS

Dated:  March 03, 2016

/s/ WENETA M.A. KOSMALA
WENETA M.A. KOSMALA
Chapter 7 Trustee

☐ I certify that Debtor(s)' Counsel in the above referenced case waived Notice of the Continued 341(a) meeting.

☒ I certify that I served the within Notice on the above Debtor(s), Debtor(s)' Counsel, and the Office of the United States Trustee on, 3/3/16.

/s/  David M. Fitzgerald
David M. Fitzgerald