WENETA M.A. KOSMALA, TRUSTEE
3 MacArthur Place, Suite 760
Santa Ana, CA  92707
Telephone:  (714) 708-8190
Facsimile:   (714) 708-0666

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Easter, Kent Wycliffe<br><br><br><br>Debtor(s). | Case No. 8:16-BK-10223-ES<br><br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C. §341(a) |

COUNSEL:  (PRO SE) ZZ
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **May 12, 2016** at **12:01 PM** in Room 3-110, United States Bankruptcy Court, 411 W. Fourth Street, Santa Ana, CA  92701 for the reason set forth below:

Off calendar; documents outstanding; notice waived
ALL GRAT INVESTMENT DOCUMENTS & STATEMENTS & ACCOUNTING
CLOSING STATEMENT RE SALE OF EULALIA PROPERTY
PROBATION STATEMENT & ACCOUNTING FOR RESTITUTION PAYMENT MADE
ACCOUNTING FOR DISPOSITION OF CNB, CITY NATIONAL BANK & CHARLES SCHWAB PROCEEDS
ACCOUNTING FOR DISPOSITION OF S50,000 PROCEEDS FOR LIFE INSURANCE
You failed to appear at the 341(a) meeting previously scheduled in your matter.  You are further notified that in the event you do not appear at said time and place, your case may be dismissed by the United States Bankruptcy Court.

Dated:  May 03, 2016

/s/ WENETA M.A. KOSMALA
WENETA M.A. KOSMALA
Chapter 7 Trustee

[X]  I certify that Debtor(s)' Counsel in the above referenced case waived Notice of the Continued 341(a) meeting.

[ ]  I certify that I served the within Notice on the above Debtor(s), Debtor(s)' Counsel, and the Office of the United States Trustee on, 5/3/16.

/s/  David M. Fitzgerald
David M. Fitzgerald