WENETA M.A. KOSMALA, TRUSTEE
3 MacArthur Place, Suite 760
Santa Ana, CA  92707
Telephone:  (714) 708-8190
Facsimile:   (714) 708-0666

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| In re: | Case No. 8:16-BK-10223-ES |
|---|---|
| Easter, Kent Wycliffe | Chapter 7 |
| Debtor(s). | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C. §341(a) |

COUNSEL:  (PRO SE) ZZ
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **June 02, 2016** at **10:01 AM** in Room 3-110, United States Bankruptcy Court, 411 W. Fourth Street, Santa Ana, CA  92701 for the reason set forth below:

Off calendar; documents outstanding;
ALL GRAT INVESTMENT DOCUMENTS & STATEMENTS & ACCOUNTING
CLOSING STATEMENT RE SALE OF EULALIA PROPERTY
PROBATION STATEMENT & ACCOUNTING FOR RESTITUTION PAYMENT MADE
ACCOUNTING FOR DISPOSITION OF CNB, CITY NATIONAL BANK & CHARLES SCHWAB PROCEEDS
ACCOUNTING FOR DISPOSITION OF S50,000 PROCEEDS FOR LIFE INSURANCE

Dated:  May 17, 2016

/s/ WENETA M.A. KOSMALA
WENETA M.A. KOSMALA
Chapter 7 Trustee

☐ I certify that Debtor(s)' Counsel in the above referenced case waived Notice of the Continued 341(a) meeting.

☒ I certify that I served the within Notice on the above Debtor(s), Debtor(s)' Counsel, and the Office of the United States Trustee on, 5/17/16.

/s/  David M. Fitzgerald
David M. Fitzgerald