WENETA M.A. KOSMALA, TRUSTEE
3 MacArthur Place, Suite 760
Santa Ana, CA  92707
Telephone:  (714) 708-8190
Facsimile:   (714) 708-0666

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Easter, Kent Wycliffe<br><br><br><br>Debtor(s). | Case No. 8:16-BK-10223-ES<br><br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING<br>OF CREDITORS AND APPEARANCE<br>OF DEBTOR(S) 11 U.S.C. §341(a) |

COUNSEL:  (PRO SE) ZZ
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **July 07, 2016** at **10:01 AM** in Room 3-110, United States Bankruptcy Court, 411 W. Fourth Street, Santa Ana, CA  92701 for the reason set forth below:

Documents outstanding; notice waived
ALL GRAT INVESTMENT DOCUMENTS & STATEMENTS & ACCOUNTING
ALL DOCUMENTATION REGARDING CURRENT VALUE OF GRAT
ACCOUNTING OF ALL FUNDS RECEIVED FROM GRAT SINCE PETITION DATE
ALL DOCUMENTATION REGARDING ACCOUNTS RECEIVEABLE LISTED


Dated:  June 21, 2016

/s/ WENETA M.A. KOSMALA
WENETA M.A. KOSMALA
Chapter 7 Trustee

[X]  I certify that Debtor(s)' Counsel in the above referenced case waived Notice of the Continued 341(a) meeting.

[ ]  I certify that I served the within Notice on the above Debtor(s), Debtor(s)' Counsel, and the Office of the United States Trustee on, 6/21/16.

/s/  David M. Fitzgerald
David M. Fitzgerald