Weneta M.A. Kosmala, Esq.
**c/o LAW OFFICES OF
WENETA M.A. KOSMALA**
3 MacArthur Place, Suite 760
Santa Ana, CA  92707
(714) 708-8190
dmf@txitrustee.com

Chapter 7 Bankruptcy Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Easter, Kent Wycliffe<br><br><br><br>Debtor(s). | Case No. 8:16-BK-10223 ES<br><br>Chapter 7<br><br>**NOTIFICATION OF ASSET CASE** |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

     WENETA M.A. KOSMALA, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.

Dated:  July 13, 2016                                          /s/ Weneta M.A. Kosmala_____
                                                                          Weneta M.A. Kosmala
                                                                          Chapter 7 Bankruptcy Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3 MacArthur Place, Suite 760
Santa Ana, CA  92707

A true and correct copy of the foregoing document entitled (*specify*): Notification Of Asset Case will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **7/14/2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Shraddha Bharatia    notices@becket-lee.com
Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,
wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
Robert H Marcereau    , nlipowski@mncalaw.com
Ramesh Singh    claims@recoverycorp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **7/14/2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Honorable Erithe A. Smith, Central District of California, Santa Ana, 411 W. Fourth Street, Suite 5041, Santa Ana, CA  92701-4593
Kent Wycliffe Easter, 153 Baywood Drive, Newport Beach, CA  92660

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/14/2016 | David M. Fitzgerald | /s/David M. Fitzgerald |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |