# United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593

## NOTICE OF POSSIBLE DIVIDEND AND ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Kent Wycliffe Easter
**SSN:** xxx-xx-0435
**EIN:** N/A
dba Kent Easter Consulting, dba Law Offices of Kent W Easter

153 Baywood Dr
Newport Beach, CA 92660

**BANKRUPTCY NO.** 8:16-bk-10223-ES
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above-captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before October 17, 2016**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: July 14, 2016

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv – VAN-10) Rev 12/2015

**44 / K3**