United States Bankruptcy Court
Central District of California

In re:                                                              Case No. 16-10223-ES
Kent Wycliffe Easter                                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: cbeezerC     Page 1 of 1     Date Rcvd: Jul 14, 2016
                         Form ID: ntcpdiv     Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2016.
36839076     +Carden Hall, lnc.,    1541 Monrovia Blvd.,    Newport Beach, CA 92663-2889
36839080      First Bnnkcard,    P.O. Box 2557,    Omaha, NE 68103-2557
36839081     +Steven and Joanne Easter,    153 Baywood Drive,    Newport Beach, CA 92660-7130
36861855     +US Legal Support,    363 North Sam Houston Pkwy East,    Houston, TX 77060-2404
36839077      Wells Fargo Card Services,    P.O. Box 51193,    Los Angeles, CA 90051-5493
36839082     +William and Kelli Peters,    c/o Robert Marcereau,    Marcereau & Nazif,
               26000 Town Center Drive, Suite 230,    Foothill Ranch, CA 92610-3444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db           +E-mail/PDF: kentweaster@gmail.com Jul 15 2016 02:11:49     Kent Wycliffe Easter,
               153 Baywood Dr,    Newport Beach, CA 92660-7130
tr           +E-mail/Text: weneta.kosmala@txitrustee.com Jul 15 2016 02:13:12     Weneta M Kosmala (TR),
               3 MacArthur Place, Suite 760,    Santa Ana, CA 92707-6071
smg           EDI: EDD.COM Jul 15 2016 02:04:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA 94280-0001
smg           EDI: CALTAX.COM Jul 15 2016 02:03:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
               P.O. Box 2952,    Sacramento, CA 95812-2952
intp          EDI: RECOVERYCORP.COM Jul 15 2016 02:03:00      Recovery Management Systems Corporation,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
36839075      EDI: AMEREXPR.COM Jul 15 2016 02:03:00      American Express,    P.O. Box 981535,
               El Paso, TX 79998-1535
36839073      EDI: BANKAMER.COM Jul 15 2016 02:03:00      Bank of America,    P.O. Box 982235,
               El Paso, TX 79998-2235
36839078     +EDI: CITICORP.COM Jul 15 2016 02:03:00      CITI,    P.O. Box 6004,    Sioux Falls, SD 57117-6004
36839074      EDI: DISCOVER.COM Jul 15 2016 02:03:00      Discover,    P.O. Box 3008,
               New Albany, OH 43054-3008
36865156      EDI: RECOVERYCORP.COM Jul 15 2016 02:03:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
36839079      EDI: TFSR.COM Jul 15 2016 02:04:00      Toyota,    P.O. Box 5236,    Cold Stream, IL 60197-5236
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
cr            Kelli Peters
                                                                                     TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2016                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2016 at the address(es) listed below:
              Ramesh Singh     on behalf of Interested Party    Recovery Management Systems Corporation
               claims@recoverycorp.com
              Robert H Marcereau    on behalf of Plaintiff Kelli   Peters ,   nlipowski@mncalaw.com
              Robert H Marcereau    on behalf of Plaintiff Sydnie   Peters ,   nlipowski@mncalaw.com
              Robert H Marcereau    on behalf of Plaintiff Bill   Peters ,   nlipowski@mncalaw.com
              Robert H Marcereau    on behalf of Creditor Kelli   Peters ,   nlipowski@mncalaw.com
              Shraddha  Bharatia    on behalf of Interested Party    Courtesy NEF notices@becket-lee.com
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
              Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,
               wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
                                                                                             TOTAL: 8
```

# United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# NOTICE OF POSSIBLE DIVIDEND AND ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Kent Wycliffe Easter
**SSN:** xxx−xx−0435
**EIN:** N/A
dba Kent Easter Consulting, dba Law Offices of Kent W Easter

153 Baywood Dr
Newport Beach, CA 92660

**BANKRUPTCY NO.** 8:16−bk−10223−ES
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before October 17, 2016**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: July 14, 2016

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**44 / K3**