WENETA M.A. KOSMALA, TRUSTEE  
3 MacArthur Place, Suite 760  
Santa Ana, CA  92707  
Telephone:  (714) 708-8190  
Facsimile:   (714) 708-0666  

**UNITED STATES BANKRUPTCY COURT**  
**CENTRAL DISTRICT OF CALIFORNIA**  
**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No. 8:16-BK-10223-ES |
| Easter, Kent Wycliffe | Chapter 7 |
| Debtor(s). | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C. §341(a) |

COUNSEL:  (PRO SE) ZZ  
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **August 18, 2016** at **9:01 AM** in Room 3-110, United States Bankruptcy Court, 411 W. Fourth Street, Santa Ana, CA  92701 for the reason set forth below:

- Documentation from you showing the value of the GRAT on the Petition Date
- A copy of your amended schedules

Dated: July 22, 2016

/s/ WENETA M.A. KOSMALA  
WENETA M.A. KOSMALA  
Chapter 7 Trustee

[X]  I certify that Debtor(s)' Counsel in the above referenced case waived Notice of the Continued 341(a) meeting.

[ ]  I certify that I served the within Notice on the above Debtor(s), Debtor(s)' Counsel, and the Office of the United States Trustee on, 7/22/16.

/s/  David M. Fitzgerald  
David M. Fitzgerald